# IN THE SUPREME COURT OF THE STATE OF NEVADA

JIHAD ANTHONY ZOGHEIB,
                Appellant,
vs.
THE STATE OF NEVADA,
                Respondent.

No. 72741

**FILED**

JUN 1 2 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____ S. Young _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se notice of appeal "from the decision and Order Of Affirmance Of the Court of Appeals Of Nevada dated February 23rd, 2017," entered in Docket No. 70144. Eighth Judicial District Court, Clark County; Kerry Louise Earley, Judge.

Our review of this appeal reveals a jurisdictional defect. No statute or court rule permits an appeal from an order of affirmance of the Court of Appeals. *See* NRAP 40B(a) ("A decision of the Court of Appeals is a final decision that is not reviewable by the Supreme Court except on petition for review."); *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists). To the extent that the document can be construed as a petition for review of the Court of Appeals order, it was untimely filed. *See* NRAP 40B(c). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____ J.
Gibbons

_____, J.
Pickering

cc: Hon. Kerry Louise Earley, District Judge
Jihad Anthony Zogheib
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A